## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**LOCATION 24, LLC,**

       **Plaintiff,**

                              **Case No.: 8:22-cv-150-VMC-MRM**

**DOCTORS SAME DAY SURGERY
CENTER, INC. and
HCA HOLDINGS, INC.,**

       **Defendants.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, LOCATION 24, LLC  hereby files this Notice of Voluntary Dismissal Without Prejudice, and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), hereby dismisses the above cause of action, without prejudice, as to all pending claims against Defendants, DOCTORS SAME DAY SURGERY CENTER, INC. and HCA HOLDINGS, INC. Therefore, Plaintiff hereby voluntarily dismisses the above cause of action, without prejudice, as to all pending claims against all Defendants, with each party to bear its own costs and attorneys' fees.

Dated: January 27, 2023

                              SHUMAKER, LOOP & KENDRICK, LLP
                              240 South Pineapple Avenue, 10th Floor
                              Sarasota, Florida 34236
                              (941) 366-6660 (telephone)
                              (941) 366-3999 (fax)
                              *Counsel for Plaintiff*


                              By: */s/ Michael S. Taaffe*_____
                                  Michael S. Taaffe
                                  Florida Bar No. 490318

Jarrod J. Malone
Florida Bar No. 0010595


**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 27, 2023, the foregoing document has been furnished to the Clerk of Court using the CM/ECF system, which I understand will send electronic notice to all parties of record. I further certify that a copy of the foregoing has been furnished to the following non-CM/ECF participants: None.

By: */s/ Michael S. Taaffe*
Michael S. Taaffe
Florida Bar No. 490318
Jarrod J. Malone
Florida Bar No. 0010595
SHUMAKER, LOOP & KENDRICK, LLP
240 South Pineapple Avenue, 10th Floor
Sarasota, Florida 34236
(941) 366-6660 (telephone)
(941) 366-3999 (fax)
*Counsel for Plaintiff*